## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| GUILLERMO RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cv-142-JMS-DKL |
| | ) | |
| WARDEN LOCKETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry and Order Dismissing Action

The plaintiff seeks injunctive relief concerning the conditions of his confinement at a federal prison within this District. Based on his filing of April 5, 2012, however, he is no longer confined in this District, but has been transferred to a prison in Coleman, Florida.

The plaintiff's transfer renders this action moot. *Church of Scientology of Cal. v. United States,* **506 U.S. 9, 12 (1992)** ("if an event occurs while a case is pending . . . that makes it impossible for the court to grant 'any effectual relief whatever' to a prevailing party, the [case] must be dismissed.")(quoting *Mills v. Green,* **159 U.S. 651, 653 (1895)**). "A case is moot when issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Erie v. Pap's A.M.,* **529 U.S. 277, 287 (2000)** (internal citations omitted). *Lehn v. Holmes,* **364 F.3d 862, 871 (7th Cir. 2004)**("[W]hen a prisoner who seeks injunctive relief for a condition specific to a particular prison is transferred out of that prison, the need for relief . . . become[s] moot."); *Higgason v. Farley,* **83 F.3d 862, 871 (7th Cir. 1996)** (same).

An action which is moot must be dismissed for lack of jurisdiction. *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* **89 F.3d 464, 467 (7th Cir. 1996)**, *cert. denied,* **117 S. Ct. 1556 (1997)**. Dismissal of the action for lack of jurisdiction is compelled by these circumstances, and judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/02/2012
_____

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Guillermo Rivera**
**01403-027**
**Coleman – USP**
**P.O. Box 1033**
**Coleman, FL 33521**